## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-01337-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

American Patents, LLC, Plaintiff in the above-entitled civil action, hereby notifies the Court and all parties that the following person is appearing as counsel of record in the above-styled matter:

    Stafford Davis
    Texas State Bar No. 24054605
    THE STAFFORD DAVIS FIRM, P.C.
    815 South Broadway Avenue
    Tyler, Texas 75701
    Phone: (903) 593-7000
    Facsimile: (903) 705-7369
    Email: sdavis@stafforddavisfirm.com

Dated: December 22, 2021          Respectfully submitted,

/s/ *Stafford Davis*
Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

*Attorneys for American Patents LLC*