# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-01337-ADA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

American Patents, LLC, Plaintiff in the above-entitled civil action, hereby notifies the Court and all parties that the following person is appearing as counsel for the purposes of receiving notices and orders from the Court:

Catherine Bartles
Texas State Bar No. 24104849
THE STAFFORD DAVIS FIRM, P.C.
815 S Broadway Avenue
Tyler, Texas 75701
Phone: (903) 593-7000
Facsimile: (903) 705-7369
Email: cbartles@stafforddavisfirm.com

| | |
|---|---|
| Dated: December 22, 2021 | Respectfully submitted,<br><br>/s/ *Catherine Bartles*<br>Catherine Bartles<br>Texas Bar No. 24104849<br>cbartles@stafforddavisfirm.com<br>Stafford Davis<br>State Bar No. 24054605<br>sdavis@stafforddavisfirm.com<br>THE STAFFORD DAVIS FIRM<br>815 South Broadway Avenue<br>Tyler, Texas 75701<br>(903) 593-7000<br>(903) 705-7369 fax<br><br>Matthew J. Antonelli<br>Texas Bar No. 24068432<br>matt@ahtlawfirm.com<br>Zachariah S. Harrington<br>Texas Bar No. 24057886<br>zac@ahtlawfirm.com<br>Larry D. Thompson, Jr.<br>Texas Bar No. 24051428<br>larry@ahtlawfirm.com<br>Christopher Ryan Pinckney<br>Texas Bar No. 24067819<br>ryan@ahtlawfirm.com<br><br>ANTONELLI, HARRINGTON<br>& THOMPSON LLP<br>4306 Yoakum Blvd., Ste. 450<br>Houston, TX 77006<br>(713) 581-3000<br><br>*Attorneys for American Patents LLC* |