# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CIVIL ACTION NO. 6:21-cv-1337-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF AMERICAN PATENTS LLC'S CORPORATE DISCLOSURE STATEMENT

Plaintiff American Patents LLC ("American Patents") is a Texas limited-liability company. American Patents has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: January 4, 2022

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006

    (713) 581-3000

    Stafford Davis
    State Bar No. 24054605
    sdavis@stafforddavisfirm.com
    Catherine Bartles
    Texas Bar No. 24104849
    cbartles@stafforddavisfirm.com
    THE STAFFORD DAVIS FIRM
    815 South Broadway Avenue
    Tyler, Texas 75701
    (903) 593-7000
    (903) 705-7369 fax

    *Attorneys for American Patents LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

    /s/ *Zachariah S. Harrington*
    Zachariah S. Harrington