IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>Defendant. | CIVIL ACTION NO. 6:21-cv-1337-ADA<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF AMERICAN PATENTS LLC'S NOTICE OF RELATED CASES**

The following cases filed in this Court involve the same plaintiff and some of the same asserted patents:

- 6:20-cv-740
- 6:20-cv-741
- 6:20-cv-742
- 6:20-cv-780
- 6:20-cv-782
- 6:21-cv-635
- 6:21-cv-636
- 6:21-cv-637
- 6:21-cv-638
- 6:21-cv-639
- 6:21-cv-742
- 6:21-cv-1331
- 6:21-cv-1332
- 6:21-cv-1333

- 6:21-cv-1334

- 6:21-cv-1335

- 6:21-cv-1336

Dated: January 4, 2022                                Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 4th day of January 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                <u>/s/ *Zachariah S. Harrington*</u>
                Zachariah S. Harrington