AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**AMERICAN PATENTS LLC,**
*Plaintiff*

V.

Civil Action No. **6:21−CV−01337−ADA**

**VIASAT, INC.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  Viasat, Inc.
c/o C T Corporation System
1999 Bryan Street Suite 900
Dallas, Texas 75201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> Zachariah Harrington
> Antonelli, Harrington & Thompson LLP
> 4306 Yoakum Blvd., Suite 450
> Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/CINDY VEGA**
DEPUTY CLERK

**ISSUED ON 2022−01−18 14:32:59**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-CV-01337-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Viasat, Inc. c/o C T Corporation System was received by me on *(date)* Jan 18, 2022, 5:26 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* George Martinez , who is designated by law to accept service of process on behalf of *(name of organization)* Viasat, Inc. c/o C T Corporation System on *(date)* Thu, Jan 20 2022 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/21/2022

_____
*Server's signature*

Anthony Collins
_____
*Printed name and title*

1700 Pacific Ave Suite 1040, Dallas, TX 75201
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 20, 2022, 2:45 pm CST at 1999 Bryan St Ste 900, Dallas, TX 75201 received by George Martinez. Age: 20; Ethnicity: Hispanic; Gender: Male; Weight: 200 lbs; Height: 5'8"; Hair: Black; Relationship: Authorized Agent;

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT