IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AMERICAN PATENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-1337-ADA |
| | § | |
| VIASAT, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## JOINT NOTICE OF PARTIAL DISMISSAL

Under Section IV of the Court's Standing Order Governing Proceedings (version 4.0), the parties stipulate to dismissal of plaintiff's pre-suit indirect infringement and willful infringement allegations without prejudice, with leave to re-plead those allegations with specificity within three months after fact discovery opens.  Plaintiff does not dismiss its claims of post-filing indirect and willful infringement.

Date:  March 28, 2022

Respectfully submitted,

*/s/ Christopher Ryan Pinckney*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP

*/s/ B. Russell Horton*
B. Russell Horton (Texas Bar No. 10014450)
**George Brothers Kincaid & Horton, LLP**
114 West 7th Street, Suite 1100
Austin, Texas, 78701
+1 (512) 495-1400
+1 (512) 499-0094 facsimile
rhorton@gbkh.com


Matthew S. Warren
Jennifer A. Kash *(admission pending)*
Erika Warren
Francesca M. S. Germinario *(admission pending)*
**Warren Lex LLP**
2261 Market Street, No. 606

– 1 –

– 2 –

| | |
|---|---|
| 4306 Yoakum Blvd., Ste. 450 | San Francisco, California, 94114 |
| Houston, TX 77006 | +1 (415) 895-2940 |
| (713) 581-3000 | +1 (415) 895-2964 facsimile |
| | 21-1337@cases.warrenlex.com |
| Stafford Davis | |
| State Bar No. 24054605 | *Attorneys for Defendant Viasat, Inc.* |
| sdavis@stafforddavisfirm.com | |
| Catherine Bartles | |
| Texas Bar No. 24104849 | |
| cbartles@stafforddavisfirm.com | |
| THE STAFFORD DAVIS FIRM | |
| 815 South Broadway Avenue | |
| Tyler, Texas 75701 | |
| (903) 593-7000 | |
| (903) 705-7369 fax | |

*Attorneys for American Patents LLC*

## CERTIFICATE OF SERVICE

I certify that on March 28, 2022, I served the foregoing Joint Notice of Partial Dismissal by electronic filing on counsel of record registered as CM/ECF users.

                                                     */s/ B. Russell Horton*
                                                     B. Russell Horton