IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| AMERICAN PATENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-01337 |
| | § | |
| VIASAT, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT VIASAT, INC.

Under Rule 7.1 of the Federal Rules of Civil Procedure, defendant Viasat, Inc. hereby states that it is a Delaware corporation, it has no parent corporation, and no other publicly held company owns 10% or more of its stock.

Date: March 28, 2022            Respectfully submitted,

    */s/ B. Russell Horton*
B. Russell Horton (Texas Bar No. 10014450)
**George Brothers Kincaid & Horton, LLP**
114 West 7th Street, Suite 1100
Austin, Texas, 78701
+1 (512) 495-1400
+1 (512) 499-0094 facsimile
rhorton@gbkh.com


Matthew S. Warren
Jennifer A. Kash *(admission pending)*
Erika Warren
Francesca Miki Shima Germinario *(admission pending)*
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114

+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-1337@cases.warrenlex.com

*Attorneys for Defendant Viasat, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 28, 2022, I served the foregoing document by electronic filing on counsel of record registered as CM/ECF users.

*/s/ B. Russell Horton*
B. Russell Horton