# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| AMERICAN PATENTS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:21-cv-1337-ADA |
| | § | |
| VIASAT, INC., | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO DISMISS BY DEFENDANT VIASAT, INC. FOR FAILURE TO STATE A CLAIM UNDER FED. R. CIV. P. 12(b)(6)

Before the Court is Motion to Dismiss by Defendant Viasat, Inc. for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6) in the above referenced civil action. After consideration of the same, the Court finds that it should be GRANTED and will separately set a hearing at the Court's convenience.

**SIGNED** on this _____ day of _____, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE