IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § C.A. No. 6:21-cv-01337-ADA <br> § <br> VIASAT, INC., § **Jury Trial Demanded** <br> § <br> Defendant. § <br> § | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Francesca Germinario enters her appearance in this matter as counsel for Defendant Viasat, Inc. All pleadings, discovery, correspondence, and other materials should be served upon counsel at the address referenced below.

DATED: April 22, 2022.

                                        Respectfully submitted,

                                        */s/ B. Russell Horton*
                                        B. Russell Horton
                                        State Bar No. 10014450
                                        George Brothers Kincaid & Horton, L.L.P.
                                        114 W 7th St., Suite 1100
                                        Austin, Texas 78701
                                        Phone: (512) 495-1400
                                        Fax: (512) 499-0094
                                        Email: rhorton@gbkh.com

                                        Matthew S. Warren
                                        Jennifer A. Kash (*admission pending*)
                                        Erika Warren
                                        Francesca M. S. Germinario
                                        **Warren Lex LLP**

2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940
(415) 895-2964 facsimile
Email:  matt@warrenlex.com
Email:  jen@warrenlex.com
Email:  erika@warrenlex.com
Email:  francesca@warrenlex.com
Email:  21-1337@cases.warrenlex.com

***Attorneys for Defendant Viasat, Inc.***

**CERTIFICATE OF SERVICE**

   I certify that a true and correct copy of the foregoing document has been served by the Court's CM/ECF to the following counsel of record on this 22nd day of April, 2022.

                */s/ B. Russell Horton*
                 B. Russell Horton