IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>VIASAT, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 6:21-cv-1337-ADA<br><br>**JURY TRIAL DEMANDED** |

## REVISED CASE READINESS STATUS REPORT

Plaintiff American Patents LLC ("Plaintiff") and Defendant Viasat, Inc. ("Defendant"), hereby provide the following revised status report in advance of the initial Case Management Conference (CMC).

### SCHEDULE

A scheduling order has not yet been filed.

### FILING AND EXTENSIONS

Plaintiff's Original Complaint was filed on December 21, 2021.  (Dkt. # 1).  There has been one extension for a total of 45 days.

### RESPONSE TO THE COMPLAINT

On March 28, 2022, Defendant filed its Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. P. 12(b)(6).  (Dkt. #13).  On April 11, 2022, Plaintiff filed its Opposition to Defendant's Motion to Dismiss.  (Dkt. #14).  On April 18, 2022, Defendant filed its Reply.  (Dkt. # 16).

## PENDING MOTIONS

There is one pending motion before the Court in this matter: Defendant's March 28, 2022 motion to dismiss the complaint. (Dkt. # 13).

## RELATED CASES IN THIS JUDICIAL DISTRICT

The following are the CRSR Related Cases filed in this Court that involve the same plaintiff and at least three of the same four asserted patents in this case:

- 6-21-cv-01331 (dismissed)
- 6-21-cv-01332
- 6-21-cv-01333
- 6-21-cv-01334 (dismissed)
- 6-21-cv-01335 (dismissed)
- 6-21-cv-01336

## IPR, CBM, AND OTHER PGR FILINGS

There are no known live IPR, CBM, or other PGR filings involving the asserted patents, and no prior IPR, CBM, or other PGR filings involving the asserted patents has resulted in a Final Written Decision.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted four patents, U.S. Patent Nos. 7,088,782, 7,310,304, 7,706,458, and 6,847,803. The deadline for Plaintiff to serve its Preliminary Infringement Contentions has not yet passed. Plaintiff hereby states that it asserts 73 total claims from those four patents: 38 claims from U.S. Patent No. 7,088,782 (Claims 1-12, 14-19, 23-24, 30-38, 40, and 44-51); 15 claims from U.S. Patent No. 7,310,304 (Claims 1-10, 11-13, 21, and 22); 19 claims from U.S. Patent No. 7,706,458 (Claims 1-9, 11-14, 16, 17, and 19-22); and 1 claim from U.S. Patent No. 6,847,803 (Claim 1).

## APPOINTMENT OF TECHNICAL ADVISER

Plaintiff requests a technical adviser to be appointed to the case to assist the Court with claim construction issues.

Defendant does not request a technical adviser in this matter.

## MEET AND CONFER STATUS

**Joint Statement:** Plaintiff and Defendant met and conferred. The parties have agreed to accept service by email on counsel for Viasat at the email addresses 21-1337@cases.warrenlex.com; rhorton@gbkh.com; and tmanassian@gbkh.com; and counsel for American at the email addresses zac@ahtlawfirm.com; larry@ahtlawfirm.com; matt@ahtlawfirm.com; ryan@ahtlawfirm.com; sdavis@stafforddavisfirm.com; and cbartles@stafforddavisfirm.com.

The parties agree to submit a joint motion for protective order on or before June 29, 2022.

The parties have resolved their previous dispute regarding remote depositions. The parties agree that each deposition witness may choose whether to appear remotely or in-person. If a witness chooses to appear remotely, the witness will ensure that he or she testifies in a quiet room with an appropriate backdrop, and will provide a computer with a camera to allow for electronic review of exhibits and videoconferencing and videotaping of the deposition. Questioning counsel will arrange for a remote videographer and court reporter. All other attendees will appear remotely and arrange to share exhibits electronically. If a witness chooses to appear in person, the witness may choose to arrange for a deposition room and web camera, or else questioning counsel will do so. Questioning counsel will arrange for a videographer and court reporter, who may be remote or in-person. All other attendees may appear remotely or in-person at their option, and will arrange to provide hardcopy exhibits to the witness and any in-person attendees.

The parties have no other issues to raise at this time.

Dated: June 10, 2022                                    Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*


/s/ *B. Russell Horton*
B. Russell Horton (Texas Bar No. 10014450)
**George Brothers Kincaid & Horton, LLP**
114 West 7th Street, Suite 1100
Austin, Texas, 78701
+1 (512) 495-1400

4

+1 (512) 499-0094 facsimile
rhorton@gbkh.com

Matthew S. Warren
Jennifer A. Kash (*admission pending*)
Erika H. Warren
Francesca M.S. Germinario
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-1337@cases.warrenlex.com

*Attorneys for Defendant Viasat, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: */s/ Zachariah S. Harrington*

Zachariah S. Harrington