IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1337-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The parties have conferred regarding submission of an agreed proposed Protective Order to protect certain information in the above-captioned case. The parties jointly submit the agreed proposed Protective Order, which is attached as Exhibit A, and respectfully request its entry in the above-captioned case.

Dated: June 28, 2022

Respectfully submitted,

*/s/ Zachariah S. Harrington*

Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney

Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*


/s/ *B. Russell Horton*
B. Russell Horton (Texas Bar No. 10014450)
**George Brothers Kincaid & Horton, LLP**
114 West 7th Street, Suite 1100
Austin, Texas, 78701
+1 (512) 495-1400
+1 (512) 499-0094 facsimile
rhorton@gbkh.com

Matthew S. Warren
Jennifer A. Kash (*admission pending*)
Erika H. Warren
Francesca M.S. Germinario
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-1337@cases.warrenlex.com

*Attorneys for Defendant Viasat, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Zachariah S. Harrington*
>Zachariah S. Harrington