# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1337-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES PENDING SETTLEMENT

Plaintiff American Patents LLC ("American") and Defendant Viasat, Inc. ("Viasat") hereby notify the Court that the parties have reached an agreement in principle, which would resolve all matters in controversy between them in the above-captioned action. Accordingly, the parties file this joint motion for a stay of all deadlines for thirty (30) days, so that the parties can finalize their settlement agreement and appropriate dismissal papers may be submitted. American and Viasat request this stay, not for purposes of any delay, but so that they may finalize and file dismissal papers without incurring additional expenses.

Dated: July 28, 2022

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney

Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*


/s/ *B. Russell Horton*
B. Russell Horton (Texas Bar No. 10014450)
**George Brothers Kincaid & Horton, LLP**
114 West 7th Street, Suite 1100
Austin, Texas, 78701
+1 (512) 495-1400
+1 (512) 499-0094 facsimile
rhorton@gbkh.com

Matthew S. Warren
Jennifer A. Kash (*admission pending*)
Erika H. Warren
Francesca M.S. Germinario
**Warren Lex LLP**
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-1337@cases.warrenlex.com

*Attorneys for Defendant Viasat, Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 28, 2022.

*/s/Zachariah S. Harrington*
Zachariah S. Harrington
