# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> VIASAT, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1337-ADA |

## ORDER

On this date the Court considered the Joint Motion to Stay all Deadlines Pending Settlement between Plaintiff American Patents LLC ("American") and Defendant Viasat, Inc. ("Viasat"). Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be granted.

It is, therefore, **ORDERED** that all proceedings and deadlines in this case between American and Viasat be stayed for thirty (30) days.

**SO ORDERED** this 15th day of August, 2022.

_____
Honorable Judge Alan D Albright
UNITED STATES DISTRICT COURT JUDGE