# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>   Plaintiff,<br><br>v.<br><br>VIASAT, INC.,<br><br>   Defendant. | CIVIL ACTION NO. 6:21-cv-1337-ADA |

## ORDER

This matter came before the Court upon the Joint Motion to Dismiss filed by Plaintiff American Patents LLC ("American") and Defendant Viasat, Inc. ("Viasat"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by American against Viasat in this action with respect to all products that do not utilize a Qualcomm chipset to provide wireless functionality are hereby dismissed with prejudice and that all claims asserted by American against Viasat in this action with respect to products that utilize a Qualcomm chipset to provide wireless functionality are hereby dismissed without prejudice, subject to the Court's reservation of jurisdiction over American and Viasat to enforce the settlement agreement between American and Viasat. It is further

**ORDERED** that American and Viasat shall bear their own costs, expenses, and legal fees in this case.

**SIGNED** this 20th day of September, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE